

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-23-00796-CR

Draven Rene **REYES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 22-1382-CR-C
Honorable William D. Old III, Judge Presiding

Opinion by:    Lori Massey Brissette, Justice

Sitting:       Rebeca C. Martinez, Chief Justice
               Liza A. Rodriguez, Justice
               Lori Massey Brissette, Justice

Delivered and Filed: November 6, 2024

AFFIRMED; MOTION TO WITHDRAW GRANTED

Appellant Draven Rene Reyes was charged with murder and aggravated assault with a deadly weapon arising out of a shooting on or about April 4, 2022, that resulted in the death of one person and bodily injury to a second person. A jury found Reyes guilty on both counts. At the punishment phase, Reyes pled true to prior adjudications on three felony offenses and commitment to the Texas Juvenile Justice Department which were used for enhancement of punishment. *See* TEX. FAM. CODE ANN. § 51.13(d). Following the jury's recommendation, the trial court sentenced

Reyes to ninety-nine years' imprisonment on the murder count and fifty years' imprisonment on the aggravated assault/deadly weapon count, with the sentences to run concurrently.

Reyes appealed. His court-appointed appellate counsel filed an *Anders* brief, and the State filed a brief waiver. Reyes did not request a copy of the record or file a pro se brief.

## COURT-APPOINTED COUNSEL'S *ANDERS* BRIEF

Reyes's court-appointed appellate counsel's brief contained a professional evaluation of the record in accordance with *Anders v. California*, 386 U.S. 738 (1967); counsel also filed a motion to withdraw. The brief recited the relevant facts with citations to the record. The brief presented a thorough review of the appellate record and a careful analysis of potential appellate issues. Counsel concluded, "there are no arguable or reversible issues on appeal." *See Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.).

Appellate counsel's brief meets the *Anders* requirements. *See Anders*, 386 U.S. at 744; *see also High v. State*, 573 S.W.2d 807, 813 (Tex. Crim. App. [Panel Op.] 1978); *Gainous v. State*, 436 S.W.2d 137, 138 (Tex. Crim. App. 1969). Counsel provided Reyes with a copy of the brief and counsel's motion to withdraw, and he informed Reyes of his right to review the record and file a pro se brief. *See Nichols*, 954 S.W.2d at 85–86; *see also Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). Counsel also provided Reyes with a draft pro se motion to request a free copy of the appellate record. *See Kelly v. State*, 436 S.W.3d 313, 319–20 (Tex. Crim. App. 2014).

## CONCLUSION

Having independently reviewed the record and the *Anders* brief, we conclude there are no arguable grounds for appeal and the appeal is wholly frivolous and without merit. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005). We affirm the trial court's judgments,

and we grant appellate counsel's motion to withdraw. *See Nichols*, 954 S.W.2d at 86; *Bruns*, 924 S.W.2d at 177 n.1.

## FURTHER REVIEW

No substitute counsel will be appointed. Through a retained attorney or by representing himself, Reyes may ask the Court of Criminal Appeals to review his case by filing a petition for discretionary review. The petition must be filed with the clerk of the Court of Criminal Appeals within thirty days from the date of either (1) this opinion or (2) the last timely motion for rehearing or motion for en banc reconsideration is overruled by this court. *See* TEX. R. APP. P. 68.2, 68.3(a). The petition must also comply with Rule 68.4. *See* TEX. R. APP. P. 68.4.

Lori Massey Brissette, Justice

DO NOT PUBLISH